UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN WARD, JR.                  :

    Petitioner                  :     CIVIL ACTION NO. 3:21-0897

v.                              :          (JUDGE MANNION)

                                :

WARDEN, SCI-HOUTZDALE,          

                                :

    Respondent                  

                                :

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Respondent's motion to dismiss (Doc. 13) the petition is **GRANTED**.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. §2244(d).

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

4. The Clerk of Court is directed to **CLOSE** this case.

                        *s/ Malachy E. Mannion*
                        **MALACHY E. MANNION**
                        **United States District Judge**

**DATE: December 30, 2021**
21-0897-01-ORDER